UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**UNITED STATES OF AMERICA**

-vs-                                          Case No. 5:12-cr-16-Orl-22TBS

**DANIEL THOMAS, JR.**
_____

### ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. No. 10), to which there has been no Notice of Objection filed by the Government and no Notice of Objection filed by the Defendant, the plea of guilty of the defendant to Count One of the Information is now accepted and the defendant is adjudged guilty of such offense. A sentencing hearing has been scheduled by separate notice.

**DONE** and **ORDERED** in Orlando, Florida on this 30th day of May, 2012.

Copies to:
Counsel of Record
US Marshal
US Probation
Pretrial Services

ANNE C. CONWAY
United States District Judge